[Civ. No. 1596. Fourth Appellate District.—November 12, 1935.]

FIRST NATIONAL BANK OF TUSTIN, CALIFORNIA (a Corporation), Respondent, v. PALO VERDE IRRIGA-TION DISTRICT, Appellant.

Stewart, Shaw & Murphey for Appellant.

A. Heber Winder for Respondent.

JENNINGS, J.— The motion here made is precisely the same motion presented in *Jordan* v. *Palo Verde Irr. Dist.*, No. 1594 (*ante*, p. 131 [51 Pac. (2d) 146]), this day decided. For the reasons therein stated, the motion is denied.

Barnard, P. J., and Marks, J., concurred.